## THIRD DISTRICT.

James White, defendant in error, v. Roland R. Stafford and Edward C. Broehl, plaintiffs in error. Gen. No. 7,911.

Action to recover commission for sale of real estate. Judgment for plaintiff. Error to the Circuit Court of Logan county; the Hon. Frank Lindley, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed April 15, 1926. Rehearing denied June 22, 1926.

Alonzo Hoff and Harold F. Trapp, for plaintiffs in error. Murphy & Wright, for defendant in error.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

In re petition of George G. Robertson to probate the will of O. B. Grant, deceased, and for appointment of George G. Robertson, executor.

Bertha Yager, objector, appellee, v. George G. Robertson, petitioner, appellant. Gen. No. 7,933.

Application for probate of will. Probate denied. Appeal from the Circuit Court of Clark county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed April 15, 1926. Rehearing denied June 22, 1926.

H. R. Snavely, for appellant. S. M. Scholfield and Parker & Cox, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

Richard H. Johnson, appellee, v. Illinois Power Company, appellant. Gen. No. 7,938.

Action for personal injuries and property damage due to negligence. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed April 15, 1926. Rehearing denied June 22, 1926.

Philip Barton Warren, Albert C. Schlipf, Walter McC. Allen, Henry A. Converse and William L. Patton, for appellant; Albert C. Schlipf, of counsel. John G. Friedmeyer and A. M. Fitzgerald, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

A. F. Loehr et al., appellants, v. P. H. Shuttleworth, appellee. Gen. No. 7,942.

Action for rent. Judgment for defendant. Appeal from the Circuit Court of Macoupin county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1925. Reversed and remanded. Opinion filed April 15, 1926.

Murphy & Hemphill, for appellants. Jesse Peebles and Don M. Peebles, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.